CHANCERY

Case 127.

## Smith and wife vs. Maxwell's heirs.

Error to the Warren Circuit; HENRY P BROADNAX, Judge

*Guardians. Mortgages. Dower. Disclaimer. Distribution. Decrees. Security.*

October 25.

Guardian of infant distributees purchasing a slave testator had mortgaged, holds him for them, subject to the payment of the mortgage money and interest.

Such guardian being the widow of the testator, after having disclaimed the right to hold the slave so

Judge MILLS delivered the Opinion of the Court.

IT seems to the court that the right of redemption to the slave held, must, and did enure to the benefit of the estate of David Maxwell, deceased. when purchased by his widow, and that said slave is subject to distribution as part of the estate, allowing to the widow of the deceased, who was guardian of the children, the price paid for the equity of redemption with its interest, whenever she and her present husband shall be impleaded and called upon by a proper bill for that purpose, to settle up said estate.

And that said defendants below, the widow who was guardian, and her present husband, having denied, and disclaimed the right of holding said slave as dower, cannot hold him as a dower slave, or as claimed in their answer, in their own right, but must be held to hold him as in her capacity as guardian.

And that this bill cannot be sustained as a bill to

settle up the account of hire of Ned, without settling up the whole guardian's accounts, and of course that the decree for hire is erroneous.

And all the relief to which the complainants can be entitled, is a security that the slave shall remain and be forthcoming for distribution, and as the defendants have claimed the absolute right of the slave, the chancellor who will control the conduct and management of guardians, ought to decree the title of the slave to the complainants, and to forever enjoin and restrain the defendants from removing or disposing of him, and to take the possession of the slave from the defendants, and cause him to be hired out, and managed by a commissioner and receiver, appointed under the control of the court, from time to time, unless the defendant Smith, husband of the widow, shall enter into bond with security, appointed by said court, to have said slave forthcoming at the time of distributing said estate among the complainants, and to account for his past, and future hire, in settling the accounts as guardian.

Decree reversed with costs, and cause remanded with directions for such decree and proceedings as shall not be inconsistent herewith.

C. S. *Bibb* for plaintiffs; *Barry* and *Depew* for defendants.

Smith & ux.
vs.
Maxwell's heirs.

purchased as dower, cannot hold him as such, but must hold as guardian.

Bill not maintainable for distribution in part.

Decree directed against defendant's claim as absolute owner, and that she holds as guardian, and give security that the slave be forthcoming.